Exhibit A



April 2, 2015

Suzanne Mullin, Agent
Tri River Connection
Murphy's Law Surfside (IV)
1404 Mcmaster Dr
Myrtle Beach, SC 29575

RE: Karaoke in your establishment

Prospective Legal Action Regarding Trademark Infringement – PLEASE DO NOT IGNORE

To Whom It May Concern:

Phoenix Entertainment Partners, LLC ("Phoenix"), has succeeded Slep-Tone Entertainment Corporation, by assignment, in all interest in the SOUND CHOICE® brand of karaoke recordings.  These are recordings of popular songs that are used to accompany singers at a karaoke show.  Phoenix's tracks are sold under the registered trademark SOUND CHOICE®.  It is very likely that you have seen the name and this logo on songs played in your establishment:

We are currently engaged in a nationwide campaign to educate the karaoke-consuming public about piracy of Sound Choice® tracks and to enforce Phoenix's intellectual property rights.  Even though karaoke entertainment is more popular than ever, karaoke piracy has devastated the industry; every karaoke music label has scaled down or eliminated new production, and many have gone out of business.

As part of that campaign, Phoenix and its attorneys have been filing lawsuits around the country against karaoke entertainment companies and individuals which provide karaoke services to bars, restaurants, and other venues throughout its service area.  In these lawsuits, a hosting company or individual is accused of using unauthorized copies of Sound Choice® branded tracks that Phoenix did not produce and the host did not acquire legally in order to provide karaoke services to commercial establishments.  This kind of activity is referred to in the complaint as trademark counterfeiting, which is a serious offense.

It has come to our attention that operators are currently providing karaoke services to your establishment, possibly using unauthorized song files.  Based on historical results of our investigations, over 90% of karaoke service providers have infringed our trademarks.  As the owner or operator of the establishment, you can also be held liable for trademark infringement that occurs in your establishment, if it is done with your knowledge and you benefit from the activity that is infringing.  This is true even if the provider is an "independent contractor."  Liability for vicarious infringement is well established in Federal case law.

Karaoke in your establishment, page 2

One of the purposes of this letter is to inform you that infringement may be occurring on your premises if you are offering karaoke entertainment. You have an obligation to investigate and stop infringement that is occurring in your establishment. If you do not, Phoenix will find it necessary to hold you accountable for that infringement as well. Phoenix routinely brings federal lawsuits against venues that ignore warnings of this type and choose to allow infringing providers to operate in their establishments. If you are found liable for infringement, you can be required to pay damages based on the value of what was used and the revenues you gained from related activities, such as food and alcohol sales. In some cases, those damages can be tripled, and you may be required to pay our attorney fees.

Phoenix provides tools to assist venues in determining whether their karaoke provider is a legal operator. The most important of these is the Verified Compliance Safe Harbor Program. Venues that register for this program agree to require their karaoke providers to answer a short online questionnaire about their practices. Phoenix will analyze the responses, interview the karaoke host and inform the venue whether or not the provider is operating legally. As long as the venue participates in the program by requiring its karaoke providers to provide this information and discontinues using the services of providers that Phoenix identifies as infringers, Phoenix guarantees that the venue will not be made a defendant in one of its lawsuits. Participation in this program is 100% free for both the venue and the provider. As part of the Safe Harbor Program, if we determine the operator is not operating legally, we will provide an opportunity for that operator to become compliant before taking legal action.

More information about the Verified Compliance Safe Harbor Program can be found in the enclosed literature or at http://scsafeharbor.com. Online registration is available for both the venue and the karaoke services provider.

Your deadline to **(1)** register your venue for the Safe Harbor program, **and** **(2)** ensure each and every host you hire has registered online is **April 9th, 2015**. We intend to bring an action after that date against venues that continue to use the services of providers that are infringing our intellectual property.

Please feel free to contact me if you have questions about these matters. If you need advice, we recommend that you contact an attorney that specializes in intellectual property matters.

Sincerely,

*Kurt Slep*

Kurt J. Slep
President
Phoenix Entertainment Partners, LLC
12245 Nations Ford Rd., Suite 505
Pineville, NC 28134
704-588-7778 x 1131
kurts@pep.rocks



April 2, 2015

Suzanne Mullin
Murphy's Law Surfside (IV)
8703 Building F Hwy 17 Bypass
Surfside Beach, SC 29575

RE: Karaoke in your establishment

Prospective Legal Action Regarding Trademark Infringement – PLEASE DO NOT IGNORE

To Whom It May Concern:

Phoenix Entertainment Partners, LLC ("Phoenix"), has succeeded Slep-Tone Entertainment Corporation, by assignment, in all interest in the SOUND CHOICE® brand of karaoke recordings. These are recordings of popular songs that are used to accompany singers at a karaoke show. Phoenix's tracks are sold under the registered trademark SOUND CHOICE®. It is very likely that you have seen the name and this logo on songs played in your establishment:

We are currently engaged in a nationwide campaign to educate the karaoke-consuming public about piracy of Sound Choice® tracks and to enforce Phoenix's intellectual property rights. Even though karaoke entertainment is more popular than ever, karaoke piracy has devastated the industry; every karaoke music label has scaled down or eliminated new production, and many have gone out of business.

As part of that campaign, Phoenix and its attorneys have been filing lawsuits around the country against karaoke entertainment companies and individuals which provide karaoke services to bars, restaurants, and other venues throughout its service area. In these lawsuits, a hosting company or individual is accused of using unauthorized copies of Sound Choice® branded tracks that Phoenix did not produce and the host did not acquire legally in order to provide karaoke services to commercial establishments. This kind of activity is referred to in the complaint as trademark counterfeiting, which is a serious offense.

It has come to our attention that operators are currently providing karaoke services to your establishment, possibly using unauthorized song files. Based on historical results of our investigations, over 90% of karaoke service providers have infringed our trademarks. As the owner or operator of the establishment, you can also be held liable for trademark infringement that occurs in your establishment, if it is done with your knowledge and you benefit from the activity that is infringing. This is true even if the provider is an "independent contractor." Liability for vicarious infringement is well established in Federal case law.

One of the purposes of this letter is to inform you that infringement may be occurring on your premises if you are offering karaoke entertainment. You have an obligation to investigate and stop infringement that is occurring in your establishment. If you do not, Phoenix will find it necessary to hold you accountable for that infringement as well. Phoenix routinely brings federal lawsuits against venues that ignore warnings of this type and choose to allow infringing providers to operate in their establishments. If you are found liable for infringement, you can be required to pay damages based on the value of what was used and the revenues you gained from related activities, such as food and alcohol sales. In some cases, those damages can be tripled, and you may be required to pay our attorney fees.

Phoenix provides tools to assist venues in determining whether their karaoke provider is a legal operator. The most important of these is the Verified Compliance Safe Harbor Program. Venues that register for this program agree to require their karaoke providers to answer a short online questionnaire about their practices. Phoenix will analyze the responses, interview the karaoke host and inform the venue whether or not the provider is operating legally. As long as the venue participates in the program by requiring its karaoke providers to provide this information and discontinues using the services of providers that Phoenix identifies as infringers, Phoenix guarantees that the venue will not be made a defendant in one of its lawsuits. Participation in this program is 100% free for both the venue and the provider. As part of the Safe Harbor Program, if we determine the operator is not operating legally, we will provide an opportunity for that operator to become compliant before taking legal action.

More information about the Verified Compliance Safe Harbor Program can be found in the enclosed literature or at http://scsafeharbor.com. Online registration is available for both the venue and the karaoke services provider.

Your deadline to (1) register your venue for the Safe Harbor program, **and** (2) ensure each and every host you hire has registered online is **April 9th, 2015**. We intend to bring an action after that date against venues that continue to use the services of providers that are infringing our intellectual property.

Please feel free to contact me if you have questions about these matters. If you need advice, we recommend that you contact an attorney that specializes in intellectual property matters.

Sincerely,

*Kurt J Slep*

Kurt J. Slep
President
Phoenix Entertainment Partners, LLC
12245 Nations Ford Rd., Suite 505
Pineville, NC 28134
704-588-7778 x 1131
kurts@pep.rocks



April 2, 2015

Suzanne Mullin
Murphy's Law South
2859 S Highway 17
Murells Inlet, SC 29576

RE: Karaoke in your establishment

Prospective Legal Action Regarding Trademark Infringement – PLEASE DO NOT IGNORE

To Whom It May Concern:

Phoenix Entertainment Partners, LLC ("Phoenix"), has succeeded Slep-Tone Entertainment Corporation, by assignment, in all interest in the SOUND CHOICE® brand of karaoke recordings. These are recordings of popular songs that are used to accompany singers at a karaoke show. Phoenix's tracks are sold under the registered trademark SOUND CHOICE®. It is very likely that you have seen the name and this logo on songs played in your establishment:

We are currently engaged in a nationwide campaign to educate the karaoke-consuming public about piracy of Sound Choice® tracks and to enforce Phoenix's intellectual property rights. Even though karaoke entertainment is more popular than ever, karaoke piracy has devastated the industry; every karaoke music label has scaled down or eliminated new production, and many have gone out of business.

As part of that campaign, Phoenix and its attorneys have been filing lawsuits around the country against karaoke entertainment companies and individuals which provide karaoke services to bars, restaurants, and other venues throughout its service area. In these lawsuits, a hosting company or individual is accused of using unauthorized copies of Sound Choice® branded tracks that Phoenix did not produce and the host did not acquire legally in order to provide karaoke services to commercial establishments. This kind of activity is referred to in the complaint as trademark counterfeiting, which is a serious offense.

It has come to our attention that operators are currently providing karaoke services to your establishment, possibly using unauthorized song files. **Based on historical results of our investigations, over 90% of karaoke service providers have infringed our trademarks.** As the owner or operator of the establishment, you can also be held liable for trademark infringement that occurs in your establishment, if it is done with your knowledge and you benefit from the activity that is infringing. This is true even if the provider is an "independent contractor." Liability for vicarious infringement is well established in Federal case law.

One of the purposes of this letter is to inform you that infringement may be occurring on your premises if you are offering karaoke entertainment. You have an obligation to investigate and stop infringement that is occurring in your establishment. If you do not, Phoenix will find it necessary to hold you accountable for that infringement as well. Phoenix routinely brings federal lawsuits against venues that ignore warnings of this type and choose to allow infringing providers to operate in their establishments. If you are found liable for infringement, you can be required to pay damages based on the value of what was used and the revenues you gained from related activities, such as food and alcohol sales. In some cases, those damages can be tripled, and you may be required to pay our attorney fees.

Phoenix provides tools to assist venues in determining whether their karaoke provider is a legal operator. The most important of these is the Verified Compliance Safe Harbor Program. Venues that register for this program agree to require their karaoke providers to answer a short online questionnaire about their practices. Phoenix will analyze the responses, interview the karaoke host and inform the venue whether or not the provider is operating legally. As long as the venue participates in the program by requiring its karaoke providers to provide this information and discontinues using the services of providers that Phoenix identifies as infringers, Phoenix guarantees that the venue will not be made a defendant in one of its lawsuits. Participation in this program is 100% free for both the venue and the provider. As part of the Safe Harbor Program, if we determine the operator is not operating legally, we will provide an opportunity for that operator to become compliant before taking legal action.

More information about the Verified Compliance Safe Harbor Program can be found in the enclosed literature or at http://scsafeharbor.com. Online registration is available for both the venue and the karaoke services provider.

Your deadline to (1) register your venue for the Safe Harbor program, **and** (2) ensure each and every host you hire has registered online is **April 9th, 2015**. We intend to bring an action after that date against venues that continue to use the services of providers that are infringing our intellectual property.

Please feel free to contact me if you have questions about these matters. If you need advice, we recommend that you contact an attorney that specializes in intellectual property matters.

Sincerely,

*/Kurt Slep/*

Kurt J. Slep
President
Phoenix Entertainment Partners, LLC
12245 Nations Ford Rd., Suite 505
Pineville, NC 28134
704-588-7778 x 1131
kurts@pep.rocks



April 2, 2015

Suzanne Mullin, Agent
Mullin Corporation
Murphy's Law South
1404 Mcmaster Dr
Myrtle Beach, SC 29575

RE: Karaoke in your establishment

Prospective Legal Action Regarding Trademark Infringement – PLEASE DO NOT IGNORE

To Whom It May Concern:

Phoenix Entertainment Partners, LLC ("Phoenix"), has succeeded Slep-Tone Entertainment Corporation, by assignment, in all interest in the SOUND CHOICE® brand of karaoke recordings. These are recordings of popular songs that are used to accompany singers at a karaoke show. Phoenix's tracks are sold under the registered trademark SOUND CHOICE®. It is very likely that you have seen the name and this logo on songs played in your establishment:

We are currently engaged in a nationwide campaign to educate the karaoke-consuming public about piracy of Sound Choice® tracks and to enforce Phoenix's intellectual property rights. Even though karaoke entertainment is more popular than ever, karaoke piracy has devastated the industry; every karaoke music label has scaled down or eliminated new production, and many have gone out of business.

As part of that campaign, Phoenix and its attorneys have been filing lawsuits around the country against karaoke entertainment companies and individuals which provide karaoke services to bars, restaurants, and other venues throughout its service area. In these lawsuits, a hosting company or individual is accused of using unauthorized copies of Sound Choice® branded tracks that Phoenix did not produce and the host did not acquire legally in order to provide karaoke services to commercial establishments. This kind of activity is referred to in the complaint as trademark counterfeiting, which is a serious offense.

It has come to our attention that operators are currently providing karaoke services to your establishment, possibly using unauthorized song files. Based on historical results of our investigations, over 90% of karaoke service providers have infringed our trademarks. As the owner or operator of the establishment, you can also be held liable for trademark infringement that occurs in your establishment, if it is done with your knowledge and you benefit from the activity that is infringing. This is true even if the provider is an "independent contractor." Liability for vicarious infringement is well established in Federal case law.

One of the purposes of this letter is to inform you that infringement may be occurring on your premises if you are offering karaoke entertainment. You have an obligation to investigate and stop infringement that is occurring in your establishment. If you do not, Phoenix will find it necessary to hold you accountable for that infringement as well. Phoenix routinely brings federal lawsuits against venues that ignore warnings of this type and choose to allow infringing providers to operate in their establishments. If you are found liable for infringement, you can be required to pay damages based on the value of what was used and the revenues you gained from related activities, such as food and alcohol sales. In some cases, those damages can be tripled, and you may be required to pay our attorney fees.

Phoenix provides tools to assist venues in determining whether their karaoke provider is a legal operator. The most important of these is the Verified Compliance Safe Harbor Program. Venues that register for this program agree to require their karaoke providers to answer a short online questionnaire about their practices. Phoenix will analyze the responses, interview the karaoke host and inform the venue whether or not the provider is operating legally. As long as the venue participates in the program by requiring its karaoke providers to provide this information and discontinues using the services of providers that Phoenix identifies as infringers, Phoenix guarantees that the venue will not be made a defendant in one of its lawsuits. Participation in this program is 100% free for both the venue and the provider. As part of the Safe Harbor Program, if we determine the operator is not operating legally, we will provide an opportunity for that operator to become compliant before taking legal action.

More information about the Verified Compliance Safe Harbor Program can be found in the enclosed literature or at http://scsafeharbor.com. Online registration is available for both the venue and the karaoke services provider.

Your deadline to **(1)** register your venue for the Safe Harbor program, **and** **(2)** ensure each and every host you hire has registered online is **April 9th, 2015**. We intend to bring an action after that date against venues that continue to use the services of providers that are infringing our intellectual property.

Please feel free to contact me if you have questions about these matters. If you need advice, we recommend that you contact an attorney that specializes in intellectual property matters.

Sincerely,

*Kurt J Slep*

Kurt J. Slep
President
Phoenix Entertainment Partners, LLC
12245 Nations Ford Rd., Suite 505
Pineville, NC 28134
704-588-7778 x 1131
kurts@pep.rocks